Donald J. CHISHOLM, Claimant–
Appellee,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellant.

No. 04–7057.

United States Court of Appeals,
Federal Circuit.

Jan. 26, 2004.

*ORDER*

Upon consideration of The Secretary of Veterans Affairs' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each party shall bear its own costs.

INTERNATIONAL RECTIFIER
CORPORATION, Plaintiff–
Appellee,

v.

HITACHI, LTD., Hitachi America, Ltd.,
and Hitachi Semiconductor (America)
Inc., Defendants–Appellants.

No. 02–1403.

United States Court of Appeals,
Federal Circuit.

Jan. 28, 2004.

ORDER

All parties to this appeal, having entered into an agreement settling all claims and counterclaims between them and, in particular, having agreed as part of that settlement to the dismissal with prejudice of the action underlying this appeal and of this appeal, jointly move the Court to dismiss this appeal with prejudice.

This Court hereby GRANTS the motion and, therefore, this appeal is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

---

* We note that The Secretary of Veterans Affairs requests that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.